**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03131-CMA

JOSE GUADALUPE MEZA ESPINO,

    Petitioner,

v.

ERICK HOLDER, JR., U.S. Attorney General,

    Respondent.

---

**ORDER DISMISSING CASE**

---

This matter is before the Court on Petitioner's Letter (Doc. # 16) to the Court, which this Court construes as Petitioner's Motion to Withdraw his habeas petition. Upon review, the Court hereby GRANTS the motion. It is hereby

    ORDERED that this case is DISMISSED.

    DATED:  January 22, 2014

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge